IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JUAN BAUTISTA, | § | |
| (BOP No. 22850-479), | § | |
| (And all other *pro se* Plaintiffs | § | |
| listed in the body of this Order), | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| vs. | § | Civil Action No. 4:21-CV-189-P through |
| | § | Civil Action 4:21-CV-374-P |
| | § | |
| ERIC WILSON, Warden, | § | |
| FMC-Fort Worth, et al., | § | |
| | § | |
| Defendants. | § | |

**ORDER STAYING CASES PENDING INTERLOCUTORY APPEAL
in CASE NUMBER 4:21-CV-176-P and ADMINISTRATIVELY CLOSING CASES**
(With Special Instructions to the Clerk of Court)

The complaint in these cases was initially filed in the name of 187 Plaintiffs, all of whom are inmates at the Bureau of Prisons (BOP) FMC-Fort Worth facility in Fort Worth, Texas. Compl. 3-8, ECF No. 1. The lead Plaintiff was James Rudzavice in case number 4:21-CV-176-P. By orders entered in that case, the Plaintiff's motion to certify a class action was denied, and by separate order, the claims of each of the other 186 Plaintiffs were severed into these separate cases. *Rudzavice v. Wilson*, Orders, No. 4:21-CV-176-P, ECF Nos. 4, 5. The Plaintiffs in these severed cases No. 4:21-CV-189-P through No. 4:21-CV-374-P (hereinafter the "Severed Actions") are identified as follows: Donnie Waldo, Jr, Eric Nevue, Jamar Montral Richardson, Ignacio Salcido, Dylan Hedrick, Blake Robertson, Baron Jones, Erick Mayorga, Delvin Green, Daniel McCormick, Rafael Tovar, Jose A. Rodriguez, Robert Luong, Nicholas Hamm, Ruben Santoyo, James Johnson, Chris Brown, Chris Merriman,

Michael Mendoza, Kenneth Wayne Mims, Jr, Derrick Holt, Donald Dobie, Noah Alonzo, Eliseo Arteaga, Davis Kirton, Kurtis Hawkins, Jeremiah Gant, Kingsley Otuya, Derrick Frazier, Jose Garcia, Leonel J. Villicana, Jose Paco Villegas, Damien Kimble, Joel Salcedo, Josue Coy, Daniel J. Sullivan, Luis Cervantes, Leslie Strong, Taylor Higginbothom, Justin Tatum, Larry Branch, Kenny Chipres, Jason Aman, Miguel Angel Carreon, Rudy R. Tajeda, Cedano Martinez Domingo, Miguel Angel Galvan, Jr, Deshun Keith Hall, Andrew Luten, B.P. Waller, Mike Porter, Kevin Hutchinson, Jose Mata Soto, Andrew Searcy, Joseph Kuykendoll, Jerry Malaer, Jean Loui Vargas-Malave, Charles Jackson, Yoo Heon J, Floyd Wagner, William Craig, Randy Sisneros, Andrew Dickson, Steven Hahnel, Dennis Boyle, Eric Staal, Andres Ramirez, Eugenio Perez, Ronelle Oudems, Jeremy Miller, Steven Hill, William Slattery, Eddy Bullcalf, Rick Mofa, Mark Palmer, Derrick White, Mitchel Miller, David Antwone Ricks, Joseph Hernandez, Christopher Moore, Richard J. Baxter, Mauro Gonzales, Christopher Flores, Odumeqwu Ingram, Daryl Pawlak, Eric Hardin, James Rudzavice, Kelien Deshawn Thompson, Andrew Guerro, Charles Scott, Bryson Coleman, Andrew Berko, Kevin Borges, Johnny Joe Juarez, McKay Stringham, Jerry Jackson, Victor Jones, Tommy Escobedo Guzman, Christopher Lambert, Randal Joseph Bookout, Henry David Jackson, Timothy Sims, Justin D. Regan, Samuel Condo, Guadulupe Mecedo, Kyree Barton, Enrique Gamino-Perez, Preston Bushard, Emanuel Cervantes, Gordon Bagneschi, Charles Johnson, Julian Cabrera, Anthony Johnson, Michael Shorter, Pedro Gil, III, Steve Tyler, James Rivers, Chad Hammond, Jamie Cortez, Ebube Otuonye, Eugene Durst Self, Justin Ray Holguin, Jonathan Lee, Morgan Baldwin, Roy Perkins, Michael Henderson, Derek C. Toledo, Roger Roybal, David Knowles, Danny Daugherty, Jose Rivera Nova, Dayton

Williams, John Hitchcock, Rafal Arculeta, Jr, Blake Trevino, Tito Dominguez, Joe David Sandoval, Michael Jose Sanchez, Brian Chinn, Paulino Carranza, Hal Harkrader, Lydsey Cox, Efren Madrid Jr., Darien Reliford, Victor Alejandro Valero Loredo, Jeremy Matthews, Shaun Meyer, Hector Valdez, Jason Schepers, Perry Damen, Victor Bustamante, Luis Alberto Mendez, Tacorrius Jordan, Joseph Hinojosa, Mark Poirier, Edward D. Rodriguez, Billy Gentry, Donald Cata, Dwight Branch, Fernando Artiaga, Kurt Bryant, John R. Holt, Brian Morton, John Jose Barajas, Mcmaryion Jeffrey, Juan Bautista, Jarvis Moblin, Mike Meeks, Marcos Olvera, Jerry Sisco, Benny Graham, Juan Ramirez, Charles Layne, James Milfred, Daniel Miller, Winston Martin, Joshua Amos, Charles Davis, Andy Crook, Melvin Nowell, Jose Ramirez. Compl. 3-8, ECF No. 1.

On March 8, 2021, plaintiff James Rudzavice filed an interlocutory notice of appeal from this Court's orders denying a motion for class certification and severing the claims of multiple Plaintiffs into separate cases in case number 4:21-CV-176-P. Notice of Appeal, *Rudzavice v. Wilson*, No. 4:21-CV-176-P, ECF No. 12. Rudzavice has also filed a motion to stay that case while the appeal is pending. *Id*. ECF No. 13. Because the filing of an interlocutory notice of appeal "divests the district court of its control over those aspects of the case involved in the appeal," *Griggs v. Provident Consumer Discount Co.,* 459 U.S. 56, 58 (1982) (per curiam), and "disrupts ongoing proceedings in the district court," *Stewart v. Donges,* 915 F.2d 572, 575 (10th Cir. 1990), the Court has STAYED and ADMINISTRATIVELY CLOSED case number 4:21-CV-176-P. Also, because the Severed Actions are a direct result of the order now challenged on appeal in case number 4:21-CV-

176-P, the Court finds and concludes that all the Severed Actions should be stayed and administratively closed pending the resolution of the interlocutory appeal in case number 4:21-CV-176-P as shown by issuance of the mandate of the court of appeals.

It is therefore **ORDERED** that all of the Severed Actions (the pending cases filed between case number 4:21-CV-189-P through case number 4:21-CV-374-P), are **STAYED** and **ADMINISTRATIVELY CLOSED** pending the disposition of the interlocutory appeal in cause number 4:21-CV-176-P as shown by issuance of the mandate of the United States Court of Appeals for the Fifth Circuit in that case. The clerk of Court is hereby **DIRECTED** to enter this closing on the docket of each of the Severed Actions.

**SO ORDERED** this **23rd day** of **March, 2021**.

*[Signature]*

Mark T. Pittman
UNITED STATES DISTRICT JUDGE